■ In the Matter of ERNEST C. CONINE, Appellant, v ALBANY PORT DISTRICT COMMISSION, Respondent. — Appeal from an order of the Supreme Court at Special Term (Harlem, J.), entered December 28, 1981 in Albany County, which denied claimant's application for leave to serve a late notice of claim pursuant to section 50-e of the General Municipal Law. Order affirmed, without costs, for the reasons stated in the decision of Mr. Justice Robert A. Harlem at Special Term. Sweeney, J. P., Main, Mikoll, Yesawich, Jr., and Levine, JJ., concur.